Case 1:22-cv-00051-DNH-DJS    Document 2    Filed 01/20/22    Page 1 of 29

# SUPREME COURT OF THE STATE OF NEW YORK
# COUNTY OF SCHENECTADY

| | |
|---|---|
| April Trudeau,<br><br>                      Plaintiff,<br><br>      – against–<br><br><br><br>Hudson River Community Credit Union,<br>Experian Information Solutions, Inc., and<br>Equifax Information Services, LLC,<br><br>                 Defendant(s). | Index No.<br><br><br><br>**SUMMONS**<br><br><br><br>**The basis of the venue designated is Plaintiff's domicile.** |

To the above named Defendant(s):

      YOU ARE HEREBY SUMMONED to appear in the Supreme Court of the State of New York, County of Schenectady at the office of the Clerk of said Court at 612 State Street, Schenectady, NY 12305 in the County of Schenectady, New York, New York 12305 in the County of Schenectady, State of New York, within the time provided by law as noted below and to file your answer to the annexed complaint with the Clerk; upon your failure to answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: January 4, 2022
New York, New York

                     **Law Offices of Robert S. Gitmeid & Associates, PLLC**

                     By: /s/ Vishal Mehta
                     Vishal Mehta, Esq.
                     30 Wall Street, 8th Floor #741
                     New York, NY 10005
                     Tel: (866) 249-1137
                     Fax: (212) 412-9005
                     Email: Vishal.M@gitmeidlaw.com
                     Attorneys for Plaintiff

NOTE: The laws or rules of court provide that:

(a) if this summons is served by its delivery to you personally, you must appear and answer within TWENTY days after such service; or

(b) if this summons is served by delivery to any person other than you personally, or is served by any alternative method permissible under the CPLR, you must appear and answer within THIRTY days after such service.

Defendants' Addresses:

Hudson River Community Credit Union
One Third Street
Corinth, NY 12822

Experian Information Solutions, Inc.
475 Anton Blvd.
Costa Mesa, CA 92626

Equifax Information Services, LLC
1550 Peachtree Street, N.W.
Atlanta, GA 30309

Case 1:22-cv-00051-DNH-DJS     Document 2     Filed 01/20/22     Page 3 of 29

# SUPREME COURT OF THE STATE OF NEW YORK
# COUNTY OF SCHENECTADY

| | |
|---|---|
| April Trudeau,<br><br>      Plaintiff,<br><br> – against–<br><br><br><br>Hudson River Community Credit Union,<br>Experian Information Solutions, Inc., and<br>Equifax Information Services, LLC,<br><br>      Defendant(s). | **Index No.**<br><br><br>**COMPLAINT** |

Plaintiff April Trudeau, by and through her attorneys, The Law Offices of Robert S. Gitmeid & Assoc., PLLC, complaining of the Defendants, hereby alleges as follows:

1. This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA"), the New York Fair Credit Reporting Act, NY CLS Gen Bus § 380, et seq. ("NY FCRA"), and other claims related to unlawful credit reporting practices. The FCRA and NY FCRA prohibit furnishers of credit information to falsely and inaccurately report consumers' credit information to credit reporting agencies.

## PARTIES

2. Plaintiff, April Trudeau, is an adult residing in Schenectady, NY.

3. Defendant Hudson River Community Credit Union ("HRCCU") is a corporation that furnishes consumer credit information to consumer reporting agencies.

4.  Defendant Experian Information Solutions, Inc. ("Experian"), is a corporation that engages in the business of maintaining and reporting consumer credit information.

5.  Defendant Equifax Information Services, LLC. ("Equifax"), is a limited liability company that engages in the business of maintaining and reporting consumer credit information.

6.  Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA and N.Y. GBS. LAW § 380-a(b) of NY FCRA.

## FACTUAL ALLEGATIONS

7.  Defendant HRCCU issued a credit account ending in 0599 to Plaintiff. This account was routinely reported on Plaintiff's consumer credit report.

8.  The consumer report at issue is a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA and N.Y. GBS. LAW § 380-a(c)(1) of the NY FCRA.

9.  On or about April 5, 2021, Plaintiff and HRCCU entered into a settlement agreement for the above referenced account. A copy of the settlement agreement is attached hereto as **Exhibit A**.

10. Pursuant to the terms of the settlement, Plaintiff was required to make a lump sum payment totaling $5,000.00 to settle and close her HRCCU account.

Case 1:22-cv-00051-DNH-DJS    Document 2    Filed 01/20/22    Page 5 of 29

11. Plaintiff, via her debt settlement representative, timely made the requisite settlement payment.

12. However, over months later, Plaintiff's HRCCU account continued to be negatively reported.

13. In particular, on a requested credit report dated November 17, 2021, Plaintiff's HRCCU account was reported with a status of "CHARGE OFF" and a balance of $4,674.00. The relevant portion of Plaintiff's credit report is attached hereto as **Exhibit B**.

14. This tradeline was inaccurately reported. As evidenced by the enclosed documents, the account was settled for less than full balance and must be reported as settled with a balance of $0.00.

   1. On or about November 17, 2021, Plaintiff, via her attorney at the time, notified credit reporting agencies directly of a dispute with completeness and/or accuracy of the reporting of Plaintiff's HRCCU account. A redacted copy of the dispute letter is attached hereto as **Exhibit C**.

15. Therefore, Plaintiff has disputed the accuracy of the derogatory information reported by HRCCU to Experian and Equifax in accordance with 15 U.S.C. § 1681i of the FCRA and N.Y. GBS. LAW § 380-f of the NY FCRA.

16. In January of 2022, Plaintiff requested an updated credit report from each Defendant credit reporting agency. The trade line for the HRCCU account in question remained inaccurate as Defendants failed to correct the inaccuracy. The January 2022 credit reports are attached hereto as **Exhibit D**.

Case 1:22-cv-00051-DNH-DJS    Document 2    Filed 01/20/22    Page 6 of 29

17. Experian and Equifax did not notify HRCCU of the dispute by Plaintiff in accordance with the FCRA, or alternatively, did notify HRCCU and HRCCU failed to properly investigate and delete the trade line or properly update the trade line on Plaintiff's credit reports.

18. If HRCCU did perform a reasonable investigation of Plaintiff's dispute, Plaintiff's HRCCU account would be updated to reflect a settled status with a $0 balance.

19. HRCCU has promised through its subscriber agreements or contracts to accurately update accounts, but HRCCU has nonetheless willfully, maliciously, recklessly, wantonly, and/or negligently failed to follow this requirement as well as the requirements set forth under the FCRA and NY FCRA, which has resulted in the intended consequences of this information remaining on Plaintiff's credit reports.

20. Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and Plaintiff's credit report, concerning the account in question, thus violating state law and the FCRA. These violations occurred before, during, and after the dispute process began.

21. At all times pertinent hereto, Defendants were acting by and through their agents, servants and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

22. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless,

Case 1:22-cv-00051-DNH-DJS    Document 2    Filed 01/20/22    Page 7 of 29

negligent and in wanton disregard for federal law and the rights of the Plaintiff herein.

## FIRST CAUSE OF ACTION
### (Fair Credit Reporting Act)

23. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

24. Experian and Equifax are a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

25. HRCCU is an entity who, regularly and in the course of business, furnishes information to one or more consumer reporting agencies about its transactions or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

26. HRCCU is reporting inaccurate credit information concerning Plaintiff to one or more credit bureaus as defined by 15 U.S.C. § 1681a of the FCRA.

27. Plaintiff notified Defendants directly of a dispute on the HRCCU account's completeness and/or accuracy, as reported.

28. HRCCU failed to update Plaintiff's credit report and/or notify the credit bureaus that the HRCCU account in question was disputed in violation of 15 U.S.C. § 1681s-2(b).

29. HRCCU failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff or the credit bureaus within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

30. HRCCU failed to promptly modify the inaccurate information on Plaintiff's credit report in violation of 15 U.S.C. § 1681s-2(b).

Case 1:22-cv-00051-DNH-DJS   Document 2   Filed 01/20/22   Page 8 of 29

31. Experian and Equifax failed to delete information found to be inaccurate, reinserted the information without following the FCRA, or failed to properly investigate Plaintiff's disputes as required by 15 U.S.C. § 1681i(a).

32. Experian and Equifax failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit report, concerning the account in question, violating 15 U.S.C. § 1681e(b).

33. As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: lower credit score, lower credit capacity, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, embarrassment caused by necessity of obtaining a co-signer on mortgage, higher interest rates on loans that would otherwise be affordable and other damages that may be ascertained at a later date.

34. As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorney's fees and costs.

## SECOND CAUSE OF ACTION
(New York Fair Credit Reporting Act)

35. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

36. Experian and Equifax failed to delete information found to be inaccurate, reinserted the information without following the NY FCRA, or failed to properly investigate Plaintiff's disputes.

37. Experian and Equifax failed to promptly re-investigate and record the current status of the disputed information and failed to promptly notify the consumer of the result of its investigation, its decision on the status of the information, and her rights pursuant to this section in violation of NY FCRA, N.Y. Gen. Bus. Law § 380-f(a).

38. Experian and Equifax failed to clearly note in all subsequent consumer reports that the account in question is disputed by the consumer in violation of NY FCRA, N.Y. Gen. Bus. Law § 380-f(c)(3).

39. As a result of the above violations of the NY FCRA, Plaintiff suffered actual damages in one or more of the following categories: lower credit score, lower credit capacity, denial of credit, embarrassment and Plaintiff suffered actual damages in one or more of the following categories: lower credit score, lower credit capacity, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, embarrassment caused by necessity of obtaining a co-signer on mortgage, higher interest rates on loans that would otherwise be affordable and other damages that may be ascertained at a later date.

40. As a result of the above violations of the NY FCRA, Experian and Equifax are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorney's fees and costs.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands that judgment be entered against Defendants as follows:

1) That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o;

2) That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

3) That the Court award costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o;

4) That judgment be entered against Experian and Equifax for actual damages pursuant to N.Y. Gen. Bus. Law § 380-m;

5) That the Court award costs and reasonable attorney's fees pursuant to N.Y. Gen. Bus. Law § 380-m; and

6) That the Court grant such other and further relief as may be just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands trial by jury in this action of all issues so triable.

Dated: January 4, 2022

New York, New York

**The Law Offices of Robert S. Gitmeid & Assoc., PLLC**
By: /s/ Vishal Mehta
Vishal Mehta, Esq.
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (866) 249-1137
Fax: (212) 412-9005
Email: Vishal.M@gitmeidlaw.com
Attorneys for Plaintiff

## <u>VERIFICATION BY ATTORNEY</u>

STATE OF NEW YORK         )
                                   ) ss.:
COUNTY OF SCHENECTADY   )

I, VISHAL MEHTA, an attorney duly admitted to practice law in the State of New York, hereby affirm under penalty of perjury:

I am an attorney associated with The Law Offices of Robert S. Gitmeid and Assoc. PLLC, attorneys for April Trudeau, the plaintiff in the foregoing matter, with an office located at 30 Wall Street, 8th Floor #741, New York, NY 10005. I have read the foregoing Complaint and know the contents thereof, and that the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters I believe them to be true.

Dated: January 4, 2022
      New York, New York

                               /s/ Vishal Mehta
                               VISHAL MEHTA

Case 1:22-cv-00051-DNH-DJS    Document 2    Filed 01/20/22    Page 12 of 29

# EXHIBIT A

# OVERTON, RUSSELL, DOERR AND DONOVAN, LLP

ATTORNEYS AND COUNSELORS AT LAW
19 EXECUTIVE PARK DRIVE
CLIFTON PARK, NEW YORK 12065

TELEPHONE (518) 383-4000

April 5, 2021

Via Electronic Mail Only

Creditor:              Hudson River Community Credit Union
Debtors:               April Trudeau
Account Number:        ████0599
Current Amount Due: $9,639.62
Per Diem:              $1.61
Settlement Amount:  $5,000.00

████:

As you are aware, this office represents the above referenced creditor. Please be advised that our client will accept $5,000.00 in a lump sum by April 20, 2021 to settle the above referenced account. Please be further advised that since this is a settlement and not payment in full your client will no longer be eligible for services from Hudson River Community Credit Union in the future.

Please make the check payable to Hudson River Community Credit Union, include your client's account number (████0599), and mail it to my attention at this address: 19 Executive Park Drive, Clifton Park, NY 12065.

Please let me know if you have any questions.

Very truly yours,

**OVERTON, RUSSELL, DOERR & DONOVAN LLP**

By: _____
John T. Judd, Esq.

JTJ

**NOTE: WE ARE A DEBT COLLECTOR ATTEMPTING TO COLLECT THIS DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**SETTLEMENT MAY HAVE TAX CONSEQUENCES**

We are required by regulation of the New York State to notify you of the following information. This information is NOT legal advice:

That debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:
> (i) the use or threat of violence;
> (ii) the use of obscene or profane language; and
> (iii) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:
1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

# EXHIBIT B

Provided by **experian**

Report Date: November 17, 2021, 12:19 PM EST

## Personal Info

| Reported Names | April M Trudeau |
|---|---|
| DOB | |
| SSN | |

**Other**

**HUDSON RIVER COMM CU**
Reported: Oct 31, 2021

$4,674.00
Closed

**Account Details**

Account Number

Account Status

**Charge Off**

Amount Past Due

**Creditor Information**
HUDSON RIVER COMM CU
312 PALMER AVE
CORINTH, NY 12822
(518) 654-9028

# EXHIBIT C



The Law Offices of
# ROBERT S. GITMEID & ASSOC., PLLC

November 17, 2021

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions          Equifax Information Services, LLC
P.O. Box 2000                                       P.O. Box 105139
Chester, PA 19016                        Atlanta, GA 30348

Experian                                     Innovis Consumer Assistance
P.O. Box 4500                               P.O. Box 1640
Allen, TX 75013                        Pittsburgh, PA 15230

Experian Information Solutions, Inc.
12 E 49th Street, 11th Floor
New York, NY 10017

                 Re:          April Trudeau
                 Creditor:    Overton, Russell, Doerr & Donovan, LLP on behalf of Hudson River
                                  Community Credit Union
                 Account No.:    Ending in 0599
                 SSN:         Ending in ▮▮▮▮▮

Dear Sir and/or Madam,

        Please be advised that this office was retained to represent April Trudeau with respect to her claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

        On or about April 5, 2021, Ms. Trudeau and Overton, Russell, Doerr & Donovan, LLP on behalf of Hudson River Community Credit Union ("Hudson River Community CU") entered into a settlement agreement for the above referenced account. A copy of the settlement agreement is attached herein for your review. Pursuant to the terms of the settlement, Ms. Trudeau was required to make a lump sum payment totaling $5,000.00 to settle and close her Hudson River Community CU account. Ms. Trudeau, via her debt settlement representative, timely made the requisite settlement payment. A paid in full letter is attached herein for your review.

        However, over months later, Ms. Trudeau's account continues to be negatively reported. In particular, on a requested credit report dated November 17, 2021, Ms. Trudeau's account was reported with a status of "CHARGE OFF" and a balance of $4,674.00. The relevant portion of Ms. Trudeau's credit report is attached herein for your review. This trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

        Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

        Thank you for your prompt attention to this important matter.

                                              Very truly yours,

                                              Ricardo Simpson
                                              Paralegal
                                              The Law Offices of Robert S. Gitmeid
                                              & Associates, PLLC.
                                                Ricardo.S@gitmeidlaw.com
RS                                                        (866) 707-4595 ext. 9434
Encl.

# OVERTON, RUSSELL, DOERR AND DONOVAN, LLP

ATTORNEYS AND COUNSELORS AT LAW
19 EXECUTIVE PARK DRIVE
CLIFTON PARK, NEW YORK 12065

TELEPHONE (518) 383-4000

April 5, 2021



Via Electronic Mail Only

Creditor:            Hudson River Community Credit Union
Debtors:             April Trudeau
Account Number:      ████0599
Current Amount Due: $9,639.62
Per Diem:            $1.61
Settlement Amount:   $5,000.00

████:

   As you are aware, this office represents the above referenced creditor. Please be advised that our client will accept $5,000.00 in a lump sum by April 20, 2021 to settle the above referenced account. Please be further advised that since this is a settlement and not payment in full your client will no longer be eligible for services from Hudson River Community Credit Union in the future.

   Please make the check payable to Hudson River Community Credit Union, include your client's account number (████0599), and mail it to my attention at this address: 19 Executive Park Drive, Clifton Park, NY 12065.

   Please let me know if you have any questions.

      Very truly yours,

      **OVERTON, RUSSELL, DOERR & DONOVAN LLP**

      By:    John T. Judd, Esq.

JTJ

**NOTE: WE ARE A DEBT COLLECTOR ATTEMPTING TO COLLECT THIS DEBT
AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**SETTLEMENT MAY HAVE TAX CONSEQUENCES**

We are required by regulation of the New York State to notify you of the following information. This information is NOT legal advice:

That debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:

      (i) the use or threat of violence;

      (ii) the use of obscene or profane language; and

      (iii) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SCHENECTADY

HUDSON RIVER COMMUNITY CREDIT UNION

Plaintiff,

-against-

APRIL TRUDEAU

Defendants.

**STIPULATION TO
DISCONTINUE**
Index No.:
2020-2222

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for the plaintiff and the defendant, that whereas no party hereto is an infant or

incompetent person for whom a committee has been appointed, the above entitled action, against

April Trudeau, be and the same hereby is discontinued, without prejudice, and without costs to

either party. This stipulation may be filed without further notice with the Clerk of the Court.

_____
John T. Judd, Esq.
*Attorneys for the Plaintiff*
**OVERTON, RUSSELL, DOERR
& DONOVAN, LLP**
19 Executive Park Drive
Clifton Park, New York 12065
(518) 383-4000

_____
Louis Greco, Esq.
*Attorneys for the Defendant*
**Law Offices of Robert Gittmeid**
11 Broadway
Suite 960
New York, NY 10004

Provided by experian

Report Date: November 17, 2021, 12:19 PM EST

## Personal Info

| Reported Names | April M Trudeau |
|---|---|
| DOB | |
| SSN | |

Other

**HUDSON RIVER COMM CU**
Reported: Oct 31, 2021

$4,674.00
Closed

**Account Details**

Account Number

Account Status                                                                    **Charge Off**

Amount Past Due

**Creditor Information**
HUDSON RIVER COMM CU
312 PALMER AVE
CORINTH, NY 12822
(518) 654-9028

INDEX NO. 2022-16

Case 1:22-cv-00051-DNH-DJS   Document 2   Filed 01/20/22   Page 25 of 29

RECEIVED NYSCEF: 01/04/2022

# EXHIBIT D

Provided by experian

Report Date: January 3, 2022, 9:24 AM EST



## Personal Info

| Reported Names | April M Trudeau |
|---|---|
| DOB | |
| SSN | |



HUDSON RIVER COMM CU

Closed

Reported: Dec 31, 2021



Account Details

Account Number

Account Status                    **Charge Off**

Amount Past Due

**Creditor Information**

HUDSON RIVER COMM CU
312 PALMER AVE
CORINTH, NY 12822
(518) 654-9028

Provided by EQUIFAX

Report Date: January 3, 2022, 9:24 AM EST

## Personal Info

| Reported Names | April M Trudeau |
|---|---|
| DOB | ▮▮▮▮▮▮ |
| SSN | |
| Employment Info | |

HUDSON RIVER COMMUNI

Reported: Dec 31, 2021

Closed

Account Details

Account Number

Account Status                                      Charge Off

Amount Past Due                        $4,674.00

Creditor Information
HUDSON RIVER COMMUNI
ONE TH RD ST
CORINTH, NY 128221297
(518) 654-9028

