**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| April Trudeau, | Case No. 1:22-cv-51 |
| Plaintiff, | |
| – against– | **ORDER OF DISMISSAL** |
| | **WITH PREJUDICE** |
| Hudson River Community Credit Union, | |
| Experian Information Solutions, Inc., and | |
| Equifax Information Services, LLC, | |
| Defendants. | |

       Plaintiff April Trudeau, by counsel, and Defendant Experian Information Solutions, Inc., by counsel, having filed their Stipulation of Dismissal with Prejudice between Plaintiff And Defendant Experian Information Solutions, Inc., AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

       IT IS, THEREFORE, ORDERED that all claims of Plaintiff April Trudeau against Defendant Experian Information Solutions, Inc., are dismissed, with prejudice. Plaintiff April Trudeau and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

4-18-2022

Dated: _____